*Honorable Franklin D. Burgess*
**TRIAL DATE: APRIL 3, 2006**

IN THE UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| DANNY OSMER, JOSHUA OSMER, AND ESTELLE GIANGROSSO,<br><br>Plaintiffs,<br><br>vs.<br><br>JEFFERSON COUNTY AND HYRAM GODSEY,<br><br>Defendants. | NO. C04-5739 JKA<br><br>**STIPULATION FOR AND ORDER OF DISMISSAL** |

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties that the above-entitled matter has been fully settled and compromised and may be dismissed with prejudice and without costs.

DATED this _____ day of _____, 2006.

LAW OFFICES OF CHARLES S. HAMILTON, III

By:_____
CHARLES S. HAMILTON, III, WSBA #5648
Attorney for Plaintiffs

STIPULATION FOR AND ORDER OF DISMISSAL
Page 1 of 2
H:\Data\Civil\06 Feb 16 Osmer Stip Dismissal.wpd

BURGESS FITZER, P.S.
ATTORNEYS AT LAW
1145 BROADWAY, SUITE 400
TACOMA, WASHINGTON 98402-3584
(253) 572-5324    FAX (253) 627-8928

BURGESS FITZER, P.S.

By: _____
    ROBERT W. NOVASKY, WSBA #21682
    Attorneys for Defendants

## **O R D E R**

THIS MATTER coming on to be heard before the undersigned Judge of the above-entitled court based upon the stipulation of the parties for dismissal, and the Court being fully advised in the premises, it is

ORDERED, ADJUDGED AND DECREED that the above-entitled matter be and the same is hereby dismissed with prejudice and without costs.

DONE this 16th day of February 2006.

_____
FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

**PRESENTED BY:**

BURGESS FITZER, P.S.

By: _____
    ROBERT W. NOVASKY, WSBA #21682
    Attorney for Defendants

**COPY RECEIVED, APPROVED AS TO FORM,**
**NOTICE OF PRESENTMENT WAIVED:**

LAW OFFICES OF CHARLES S. HAMILTON, III

By:_____
    CHARLES S. HAMILTON, III, WSBA #5648
    Attorney for Plaintiffs

STIPULATION FOR AND ORDER OF DISMISSAL
Page 2 of 2
H:\Data\Civil\06 Feb 16 Osmer Stip Dismissal.wpd

BURGESS FITZER, P.S.
ATTORNEYS AT LAW
1145 BROADWAY, SUITE 400
TACOMA, WASHINGTON 98402-3584
(253) 572-5324   FAX (253) 627-8928